IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01326-CMA-MEH

FORNEY INDUSTRIES, INC., a Colorado corporation,

    Plaintiff,

v.

DACO OF MISSOURI, INC., a Missouri corporation, d/b/a KDAR Company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 24, 2014.**

    The Joint Motion for Entry of Protective Order [filed October 23, 2014; docket #24] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order containing a mechanism by which the parties may challenge the designation of information as confidential *that is consistent* with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000). In addition, the parties shall submit to Chambers a copy of the revised proposed protective order in useable format (Word, Word Perfect) by email at hegarty_chambers@cod.uscourts.gov.