IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01326-CMA-MEH

FORNEY INDUSTRIES, INC., a Colorado corporation,

      Plaintiff,

v.

DACO OF MISSOURI, INC., a Missouri corporation, d/b/a KDAR Company,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 10, 2014.**

      The renewed Joint Motion for Entry of Protective Order [filed November 7, 2014; docket #27] is **granted**. The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.