IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01326-CMA-MEH

FORNEY INDUSTRIES, INC., a Colorado corporation,

    Plaintiff,

v.

DACO OF MISSOURI, INC., a Missouri corporation, d/b/a KDAR Company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2014.**

The Joint Motion to Amend Scheduling Order [filed December 22, 2014; docket #31] is **granted**. For good cause shown, paragraph 9 of the Scheduling Order in this case is modified as follows:

| | | |
|---|---|---|
| a. | Discovery cut-off: | March 23, 2015 |
| b. | Dispositive Motion Deadline: | March 23, 2015 |
| c. | Initial expert disclosures: | January 16, 2015 |
| d. | Rebuttal expert disclosures: | February 16, 2015 |
| e./f. | Deadline for written discovery requests: | February 2, 2015 |

All other deadlines and conference dates will remain the same.