**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01326-CMA-MEH

FORNEY INDUSTRIES, INC.,

    Plaintiff,

v.

DACO OF MISSOURI, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Cross-Motion for Partial Summary Judgment by Christine M. Arguello entered on May 29, 2015 it is

    ORDERED judgment is entered in favor of Defendant Daco of Missouri, Inc. and against Plaintiff Forney Industries, Inc. It is

    FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within ten days of the entry of judgment. Each party shall bear its own attorney fees.

Dated at Denver, Colorado this 29th day of May, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ v. Barnes

v. Barnes
Deputy Clerk